First Department, June Term, 1888.

Justus Heilbronn and others, Respondents, v. Henry McAleenan, Appellants.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Samuel S. Butler and others, Respondents, v. Charles B. Farley, as Sheriff, etc., Appellant.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Hugh McCulloch and others, Appellants, v. Chauncey Vibbard and others, Respondents.—Judgment modified as directed, and affirmed as modified, without costs. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. William Gibson v. Stephen B. French and others. — Proceedings affirmed, with costs, and writ dismissed. Opinion by Van Brunt, P. J.

Isaac J. Maccabe, Appellant, v Stephen W. Jones, as Executor, etc., Respondent. —Judgment modified as directed, and affirmed as modified, without costs. Opinion by Van Brunt, P. J.

Denmon N. Beardsley and another, Appellants, v. Martin G. Johnson and others, Respondents.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Aaron Grabush, Respondent, v. Jonas Goodman, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Van Brunt, P. J.

Catherine Cowan, Respondent, v. The Third Avenue Railroad Company, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

Charles Dibb, Appellant, v. The Dry Dock, East Broadway and Battery Railroad Company, Respondent. —Judgment affirmed, Opinion by Van Brunt, P. J.

Eberhard Velten, Respondent, v. John H. Vogt and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Lydia M. Eastman and others, Respondents, v. Daniel Kelly and others, Appellants. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

Alfred Roe and another, Executors, etc., Respondents, v. George T. Vingut, Appellant, Impleaded, etc. — Judgment modified as directed, and affirmed as modified, with costs to the parties to be paid out of the estate. Opinion by Van Brunt, P. J.

Frederic T. Cooper, Appellant, v. George S. Weston, Respondent. — Judgment modified as directed, and affirmed as modified, without costs. Opinions by Daniels, J., and Van Brunt, P. J.

Elliott Zborowski, Appellant, v. The Mayor, etc., of the City of New York, Respondent. — Judgment and orders affirmed, with costs. Opinion Per Curiam.

Amos R. Eno, Appellant, v. The Mayor, etc., of the City of New York Respondent.—Judgment affirmed, with costs. Opinion Per Curiam.

The People of the State of New York ex rel. Patrick J. Flynn v. John D. Crimmins and others. — Proceedings affirmed. Opinion by Daniels, J.

The People of the State of New York ex rel. Henry Farley v. John D. Crimmins and others.—Proceedings affirmed. Opinion by Daniels, J.

Eliza Schluter, Administratrix, etc., Appellant, v. Bowery Savings Bank, Respondent. — Judgment affirmed. Opinions by Brady and Daniels, JJ.

Townsend Cox and another, and Frederick P. Olcott, Respondents, v. Edward S. Stokes, Appellant. — Order reversed, without costs. Opinion Per Curiam.

Gustavus M. Miller and others, Respondents, v. Charles J. O'Dwyer and another, Appellants. — Judgment and orders affirmed, with costs. Opinion by Van Brunt, P. J.

Andrew Toole, Respondent, v. James Toole and others, Appellants. — Referee's report confirmed, and order appealed from affirmed; order made directing purchaser to complete, without costs of appeal.

The Mechanics and Traders' National Bank of the City of New York, Respondent, v. Cornelius J. Winant, Appellant, Impleaded, etc. — Judgment modified as directed, and affirmed as modified, without costs. Opinion by Van Brunt, P. J.

The Bank of Montreal, Respondent, v. Patrick J. Gleason and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The People of the State of New York ex rel. The Board of Education of the City of New York, Appellants, v. William R. Grace and others, Respondents. — Appeal dismissed, with costs. Opinion Per Curiam.

Julia Rompillon, Respondent, v. Warren G. Abbott, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Elizabeth Decker, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Max Abenheim and others, Respondents, v. Edward Samuels, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

The Citizens' National Bank of Davenport, Iowa, Respondent, v. The Importers and Traders' National Bank of New York, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

The Continental National Bank of the City of New York, Respondent, v. Herrman Koehler, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

William H. Dole and another, Appellants, v. Charles D. Belden, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J., and by Daniels, J., dissenting.

The People of the State of New York ex rel. The Commonwealth Insurance Company v. Michael Coleman and others. — Judgment reversed and assessment vacated. Opinion by Van Brunt, P. J.

Thomas J. Pope and others v. George A. Porter and others.

Samuel A. Briggs, Assignee, etc., Appellant, v. George A. Porter and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

George V. Sims, Appellant, v. Lewis May, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

William R. Ferry and another, Respondents, v. Rebecca Sampson and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

In the Matter of Rollin M. Squire. — Application denied. Opinion Per Curiam.

Bank of Montreal, Respondent, v. The Fidelity National Bank, Appellant.—Order reversed and attachment vacated, without costs. Opinion by Macomber, J.

Jared A. Timpson, Respondent, v. Manhattan Railway Company, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinions by Bartlett and Macomber, JJ.

Conrad Mohr, Appellant, v. John Dorschel, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Nathan Hobart, Respondent, v. Lewis F. Martin and others, Appellants. — Order affirmed, with costs. Opinion by Macomber, J.

James J. Phelan, Appellant, v. Margaret Brady, Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Henry B. Metcalf, Respondent, v. The Mayor, etc., of the City of New York, Appellant. —